NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE SUMMERS, JR.,     )
)
     Appellant,     )
)
v.     )     Case No. 2D17-3134
)
STATE OF FLORIDA,     )
)
     Appellee.     )
)

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

Michael Ufferman, Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

     Affirmed.


LaROSE, C.J., and KHOUZAM and SMITH, JJ., Concur.